Marian F. Harrison
US Bankruptcy Judge

Dated: 5/27/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: **19-bk-06473** |
| **JAHRED and NATALIE CARLISE** ) | |
| ) | Chapter 11 |
| DEBTOR. ) | Judge Harrison |

### AGREED ORDER RESOLVING U.S. TRUSTEE'S MOTION TO DISMISS CASE

This matter came before the Court as a result of the U.S. Trustee's Motion to Dismiss under Section 1112(b) (Docket Entry 64, "U.S. Trustee's Motion"). Debtors' counsel and counsel for the U.S. Trustee have since conferred and reached a resolution as stated herein.

It appears to the Court, as evidenced by the signatures of counsel below, that Debtors and the U.S. Trustee agree to the entry of this Order on the following terms:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The U.S. Trustee's Motion shall not be granted unless Debtors fail to comply fully with any of the following terms of this Agreed Order:

    a. Debtors shall pay fees due for the 1st quarter 2020 in the amount of $650 no later than June 19, 2020.

    b. Debtors shall file a disclosure statement and Chapter 11 plan by October 2, 2020;

    c. Debtors shall obtain confirmation of a Chapter 11 plan by December 18, 2020;

    d. From the date of entry of this Order, Debtors shall timely pay all quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6); and

    e. From the date of entry of this Order, Debtors shall timely file all reports with the Court on or before the due date for each report as set forth in the local rules of Court.

2. Debtors' failure to comply with the provisions in paragraph 1 above shall entitle the U.S. Trustee to submit an order of conversion or dismissal that shall automatically dismiss or convert the case pursuant to 11 U.S.C. § 1112(b), without further notice or hearing by the Court.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Agreed & Accepted for Entry:

| PAUL RANDOLPH , | DEBTORS' COUNSEL |
| --- | --- |
| ACTING U.S. TRUSTEE, REGION 8 | |
| | |
| BY: /s/ Megan Seliber | /s/ Steve Lefkovitz (MRS w/ permission 5/22/20) |
| MEGAN SELIBER | STEVE LEFKOVITZ |
| Trial Attorney for the U.S. Trustee | Lefkovitz and Lefkovitz |
| 318 Customs House, 701 Broadway | 618 Church Street, Suite 410 |
| Nashville, TN 37203 | Nashville, TN 37219 |
| 615-695-4060; 615-736-2260 (fax) | 615-256-8300; 615-250-4926 (fax) |
| Megan.Seliber@usdoj.gov | slefkovitz@lefkovitz.com |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-06473 Doc 73 Filed 05/28/20 Entered 05/28/20 08:31:00 Desc Main Document Page 2 of 2