IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 319-06473 |
| JAHRED AND NATALIE CARLISE ) | **Chapter 11** |
| ) | **Judge Harrison** |
| Debtor. ) | |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF AMENDED PLAN, COMBINED WITH NOTICE THEREOF**

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, on October 2, 2020 [Docket #82], referring to a Plan under Chapter 11 of the Code filed by the Debtor on October 2, 2020 [Docket #81]; and it having been determined after hearing on notice on November 17, 2020 that the Disclosure Statement contains adequate information:

It is **ORDERED** and notice is hereby given, that:

A. The Disclosure Statement filed by the Debtor on October 2, 2020 [Docket #82] is approved.

B. __December 21, 2020__ is fixed as the last day for filing written acceptances or rejections of the Plan [or Plans] referred to above.

C. __December 21, 2020__ days after entry of this Order, the Plan or a summaries thereof approved by the Court, the Disclosure Statement, a Ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other

parties in interest and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. January 5, 2021, is fixed for the hearing on confirmation of the Plan at 9:00 AM. Courtroom 3, Customs House Building, 701 Broadway, Nashville, TN 37203. Said hearing shall be by teleconference AT&T Conference Line using Call-In Number 1-888-363-4749 and Access Code 4511038

E. December 21, 2020 is fixed as the last day for filing and serving pursuant to Fed.R.Bankr.P. 3020(b)(1) written objections to confirmation of the Plan.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-06473 Doc 90 Filed 11/18/20 Entered 11/18/20 08:43:56 Desc Main
Document Page 2 of 2